**Order entered January 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01323-CR

**LOUIS RUSSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80805-2016**

## ORDER

The reporter's record was due December 11, 2018. That same day, court reporter Antoinette Varela informed the Court she had not filed the record because appellant had not paid or made arrangements to pay for the reporter's record. We then notified appellant and instructed him to file written verification he had paid or made arrangements to pay for the reporter's record or written documentation he had been found entitled to proceed without payment of costs.

On December 18, 2018, appellant notified the Court he had asked for a cost quote. On January 7, 2019, appellant and court reporter Antoinette Varela each informed the Court that all financial arrangements had been satisfied.

We **ORDER** the complete reporter's record to be filed **THIRTY DAYS** from the date of this order.

/s/    BILL PEDERSEN, III
         JUSTICE